# Court Order on Case Filing

Case number __CV14-6904__

Magistrate Judge __GOLD__

Treat under Local Rule 72.2 _____

Court respectfully requests expedition by the Magistrate Judge _____

Case Manager:

set a conference before me as soon as possible after appearance _____.

set a conference before me ____ days from today's date _____.

set a conference before me on case control promptly upon completion of discovery as certified by the magistrate judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged _____.

Plaintiff and a knowledgeable person for the defendant shall appear at the conference _____.

Respectfully referred to the Magistrate Judge for: _the trial_ _____

12/3/14

s/Jack B. Weinstein
Jack B. Weinstein
Sr. U.S. District Judge

Date: 12/2/14